**Order entered October 19, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01573-CR
### No. 05-19-01574-CR

## CHRISTOPHER GERARD PRUITT, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-55426-S & F18-55425-S**

## ORDER

Before the Court is appellant's October 16, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on November 16, 2020.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE